# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

**CIVIL PROCEEDINGS**: Zoom Video Conference Re: Status Conference re Trial Preparation

| | | | |
|---|---|---|---|
| **JUDGE:** | **William B. Shubb** | Date: | March 7, 2024 |
| Courtroom Deputy: | Mira Francel | Location: | Sacramento, CA |
| Court Reporter: | Anne Bowline (Idaho) | **Time in Court:** | **30 MINS** |

### Val Palmer, et al. vs Paul A. Carranza, et al.
Case Number:  1:22-cv-00103-WBS

COUNSEL FOR:   PLAINTIFF:     Nathan Olsen, Adam Olsen

DEFENDANTS:   Michael Elia

Zoom Video Conference Hearing re STATUS CONFERENCE RE TRIAL PREPARATION held on 3/7/2024: Appearances by Nathan Olsen and Adam Olsen for Plaintiffs; Michael Elia for Defendants. Court confers with counsel re status of preparation for trial, including a joint statement of the case for the jury, jury instructions, and the current status of settlement. A Settlement Conference is SET for 3/8/2024 at 10:00 AM (Mountain Time), via Video Conference.  The parties shall receive Zoom instructions via email. [Time in Court: 0:30]. (Court Reporter:  Anne Bowline.)