UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

**CIVIL PROCEEDINGS**: Zoom Video Conference Re: Settlement Conference (Day 1)

| | | | |
|---|---|---|---|
| **JUDGE:** | **William B. Shubb** | Date: | March 8, 2024 |
| Courtroom Deputy: | Mira Francel | Location: | Sacramento, CA |
| Court Reporter: | n/a | **Time in Court:** | **4 HRS** |

**Val Palmer, et al. vs Paul A. Carranza, et al.**
Case Number:  1:22-cv-00103-WBS

COUNSEL FOR:   PLAINTIFF:     Nathan Olsen, Adam Olsen

DEFENDANTS:   Michael Elia

Zoom Video Conference Hearing re SETTLEMENT CONFERENCE (DAY 1) held on 3/8/2024: Appearances by Nathan Olsen and Adam Olsen Counsel for Plaintiffs Val Palmer and Coleen Palmer, also present; Michael Elia, present with Randall Spencer from ICRIMP, for Defendants.   Settlement discussions held, case DID NOT SETTLE. Further Settlement Conference SET for 3/12/2024 at 10:00 AM (Mountain Time) Via Video Conference. The parties shall receive Zoom instructions via email. [Time in Court: 4 Hrs]. (Court Reporter:  N/A.)