# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

**CIVIL PROCEEDINGS**: Zoom Video Conference Re: Settlement Conference (Day 2)

| | | | |
|---|---|---|---|
| **JUDGE:** | **William B. Shubb** | Date: | March 12, 2024 |
| Courtroom Deputy: | Mira Francel | Location: | Sacramento, CA |
| Court Reporter: | ECRO/ZOOM | **Time in Court:** | **2.5 HRS** |

## Val Palmer, et al. vs Paul A. Carranza, et al.
Case Number:  1:22-cv-00103-WBS

COUNSEL FOR:    PLAINTIFF:      Nathan Olsen, Adam Olsen

DEFENDANTS:   Michael Elia, Peter Thomas

Zoom Video Conference Hearing re SETTLEMENT CONFERENCE (DAY 2) held on 3/12/2024: Appearances by Nathan Olsen and Adam Olsen Counsel for Plaintiffs Val Palmer and Coleen Palmer, also present; Michael Elia and Peter Thomas, present with Randall Spencer from ICRIMP, for Defendants.   Settlement discussions held, case SETTLED. Terms of the Settlement stated on the record.  Trial set for 3/27/2024 VACATED. The parties shall file disposition documents by 3/15/2024. [Time in Court: 2.5 Hrs]. (Court Reporter:  ECRO/ZOOM.)