Michael J. Elia (ISBN 5044)
Peter E. Thomas (ISBN 9756)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
peter@melawfirm.net

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VAL PALMER, an individual; and COLEEN PALMER, an individual<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL A. CARRANZA, an individual; ANDREW HEITZMAN, an individual; and KYLIE WHITE, an individual,<br><br>    Defendants. | Case No. 1:22-cv-103-WBS<br><br>**STIPULATION FOR DISMISSAL** |

COME NOW the parties, by and through their attorneys of record, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice, with each side to bear their own costs and attorney fees.

DATED this 19th day of March, 2024.

| | |
|---|---|
| MOORE ELIA & KRAFT, LLP | OLSEN TAGGART PLLC |
| /s/ *Michal J. Elia* | /s/ *Adam N. Olsen* |
| Michael J. Elia<br>Attorneys for Defendants | Adam N. Olsen<br>Attorney for Plaintiffs |

**STIPULATION FOR DISMISSAL** - 1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of March, 2024, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nathan M. Olsen
nolsen@olsentaggart.com
Adam N. Olsen
aolsen@olsentaggart.com

*Attorneys for Plaintiffs*

                                              */s/ Michael J. Elia*
                                              Michael J. Elia